IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KENNETH ROOTS,
  on behalf of himself and others
  similarly situated,
      Plaintiff,

v.                                  Civil Action No. 3:18-cv-162

TEAGUE ENTERPRISES, INC.
  d/b/a LARRY GREEN TIRE
  AND EXHAUST,
      Defendant.

## FINAL ORDER

This matter comes before the Court on the parties' joint stipulation of voluntary dismissal of a Fair Labor Standards Action. (Dk. No. 14.) The Court held a settlement review hearing on June 5, 2018, and approved the settlement agreement. On June 12, 2018, the parties filed a joint stipulation of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), in accordance with their settlement agreement. The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: June 21, 2018
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge